711 A.2d 898

IN THE MATTER OF OTTO F. BLAZSEK,
AN ATTORNEY AT LAW.

June 30, 1998.

## ORDER

The Disciplinary Review Board on May 21, 1998, having filed with the Court its decision concluding that **OTTO F. BLAZSEK** of **CLIFTON**, who was admitted to the bar of this State in 1963, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client funds) and *RPC* 1.15 (d) (failure to comply with recordkeeping requirements of *Rule* 1:21–6);

And the Disciplinary Review Board having further concluded that respondent should be required to submit for a period of three years quarterly certified statements prepared by a CPA approved by the Office of Attorney Ethics attesting that respondent's books and records are in full compliance with the Rules of Court,

And good cause appearing;

It is ORDERED that **OTTO F. BLAZSEK** is hereby reprimanded; and it is further

ORDERED that **OTTO F. BLAZSEK** shall submit to the Office of Attorney Ethics on a schedule to be determined by that office quarterly certified statements prepared by a Certified Public Accountant approved by the Office of Attorney Ethics attesting that respondent's books and records are in full compliance with the Rules of Court, for a period of three years and until further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.